# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:19-CR-00200-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JAMARVIN K. JACKSON (01)** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation [Doc. No. 83] of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that that the motions to suppress [Doc. Nos. 63, 64, 65, & 69] filed by Defendant Jamarvin Jackson are DENIED.

MONROE, LOUISIANA, this 25th day of February, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE