UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO.  3:19-00200-01/02** |
| **VERSUS** | **JUDGE TERRY DOUGHTY** |
| **JAMARVIN K. JACKSON AND JAMES R. BLACKSON** | **MAG. JUDGE KAREN L. HAYES** |

**MEMORANDUM ORDER**

On June 26, 2020, Chief Judge Hicks issued an Eighth Supplemental Order continuing all jury trials to September 14, 2020.  The  COVID-19 global pandemic continues, and the State of Louisiana has not moved beyond Phase 2 of re-opening because of the number of cases in the state caused by community spread of the virus.

Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by granting a continuance of the trial in this matter to a setting outside the time period of the Speedy Trial Act outweigh the public's and both Defendants' interests in a speedy trial.  Specifically, as the Court previously noted, certain features of the Monroe courthouse, including the facts that there are only one elevator and only one larger courtroom, make procedures more difficult than in larger, newer courthouses.  As the Court also previously noted, the Government has indicated that it intends to present twenty (20) witnesses in this case, and the trial is likely to take longer than one week.  The length of trial and the number of witnesses increase the risk that a juror, witness, or other person involved in this case could become sick during trial, resulting in at least a delay or, possibly, a mistrial. Accordingly,

**IT IS ORDERED** that trial in this matter, set for August 31, 2020, and all remaining deadlines are **CONTINUED**.

**IT IS FURTHER ORDERED** that the telephone pre-trial conference set before Magistrate Judge Hayes for July 31, 2020, at 1:30 p.m., is hereby converted to a scheduling conference.

MONROE, LOUISIANA, this 26th day of June, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE